IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARGARET LEWIS                                                                                       PLAINTIFF

v.                                              CASE NO. 13-CV-4117

TRAVIS MILLER and JAMES LEWIS                                                     DEFENDANTS

# ORDER

    Before the Court is Plaintiff's Motion to Dismiss Case. (ECF No. 10). Plaintiff informs the Court that she no longer wishes to prosecute this case at this time. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion (ECF No. 10) should and be hereby is **GRANTED**. Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 22nd day of April, 2014.

                                                              /s/ Susan O. Hickey
                                                              Susan O. Hickey
                                                              United States District Judge